**MIDDLETON, INC., Plaintiff–Appellant,**

v.

**MINNESOTA MINING AND MANUFACTURING COMPANY, (also known as 3M Company), Defendant–Appellee.**

No. 2012–1283.

United States Court of Appeals, Federal Circuit.

Feb. 21, 2013.

* Honorable Leonard Davis, Chief Judge, United States District Court for the Eastern District of Texas, sitting by designation.

George C. Summerfield, Jr., Stadheim & Grear Ltd., of Chicago, IL, argued for the plaintiff-appellant. With him on the brief were Joseph A. Grear and Keith A. Vogt.

David J.F. Gross, of Faegre Baker Daniels LLP, of Minneapolis, MN, argued for defendant-appellee. With him on the brief were James W. Poradek, Timothy E. Grimsrud, Christopher J. Burrell and Katherine S. Razavi.

RADER, Chief Judge, LOURIE and MOORE, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.